

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**
**AT COLUMBUS, GEORGIA**

---

### MINUTE SHEET OF COURT PROCEEDINGS (UNCONTESTED)

---

Date: 03/30/2010                           Type of Hearing: Discovery Motions

Judge: CLAY D. LAND                        Court Reporter: Betsy Peterson

Courtroom Deputy: Pamela Sweeden           Interpreter: n/a

<u>Case Number:</u>   4:09-CV-35- (CDL)

Richard W. Dehaan                          Counsel: John W. Roper

   vs.

Pfizer, Inc.                               Counsel: Melissa Lynn Kuton

---

*DISCLAIMER: CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT RECORD. ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

---

*Court time for JS10/MJSTAR:*   2 hours

10:00 AM     Court convened. The case was called and the participants were recognized. The Court stated purpose of hearing was to resolve all pending discovery motions.

The Court questioned counsel for both parties with regard to the matters of disagreement and ruled on each matter from the bench. The motions to compel were granted in part and denied in part. The Court denied Plaintiff's motion for sanctions, but instructed counsel for Pfizer to submit to Plaintiff's counsel on or before April 16, 2010, the amount of $185.00 for half of one additional night's stay and half of the fee for the court reporter. (There will be no written order, so parties should order transcript for exact ruling.) The Court admonished the attorneys to get along.

12:00 PM     Court adjourned.